FILED
SALINE COUNTY
CIRCUIT CLERK

2021 DEC 28 AM 11: 12

BY_____

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
CIVIL DIVISION

**CAROLE ELLIS**                                                                                   **PLAINTIFF**

VS.                           CLAIM NO. 63CV-21- 1269-3

**WALKER BROWN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS OFFICER FOR THE CITY
OF BENTON; AND, THE CITY OF BENTON**                            **DEFENDANTS**

### COMPLAINT

Comes the Plaintiff, **CAROLE ELLIS**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**; and, for this this Complaint, she states:

### PARTIES & JURISDICTION

1. Plaintiff is a resident and citizen of Saline County, Arkansas, who sues Walker Brown, a policeman employed by the City of Benton. The City of Benton is a public entity, existing under the laws of the State of Arkansas. This is an action for malicious prosecution and false arrest, as well as violation of Plaintiff's State and Federal Constitutional Rights. Accordingly, Plaintiff brings this action under the Arkansas Civil Rights Act of 1993, as well as 42 USC 1983. Since the acts given rise to this action arose in this County, venue is proper. This Court has personal and subject matter jurisdiction.

### GENERAL ALLEGATIONS OF FACTS

2. On November 16, 2019, Officer Walker Brown charged Plaintiff with a crime without probable cause. On that date, Defendant, Officer Brown, responded to a call at TJ Maxx.

3. Defendant made contact with the Plaintiff, who informed Officer Brown that she was in a physical disturbance with Rachel Leslie. Plaintiff told Officer Brown that she was near the changing rooms waiting on customers when Rachel Leslie walked up to Plaintiff, grabbing Plaintiff by both of her arms and began digging her nails into Plaintiff's skin. This was a battery.

**EXHIBIT A**

4. At the time of the incident, Officer Brown was unable to make contact with Rachel Leslie, because the manager on duty had sent her home due to the altercation. Nonetheless, Officer Walker Brown allegedly went to Ms. Wilson's apartment and obtained her statement personally because he knows her personally. So, he brought these charges in an attempt to smear the Plaintiff and damage her reputation.

5. Fortunately, the entire incident was captured on video. Nonetheless, Officer Walker Brown falsely claimed to Plaintiff that he had viewed the video. He had not. If he had, he would have never brought charges against the Plaintiff.

6. So, Officer Brown issued a citation to Plaintiff, but those charges were ultimately dismissed in February, 2020.

### COUNT I

7. Plaintiff realleges the foregoing as if more fully set out herein.

8. By virtue of the facts alleged herein, Plaintiff was charged with a crime she did not commit. Plaintiff was arrested in violation of the 4th Amendment United States Constitution and Article 22 of the Arkansas Constitution. Plaintiff also sues for false imprisonment, abuse of process and malicious prosecution.

9. Plaintiff was seized and arrested without probable cause. Had Officer Brown just simply viewed the video, he would have seen that a crime had been committed.

10. Once the Prosecutor viewed the video, the charges were immediately dismissed.

11. As a direct and proximate cause of the acts and omissions alleged herein, Plaintiff has suffered severe mental and emotional distress, as well as incurred other damages in an amount to be proven at trial.

**EXHIBIT A**

12.   Defendant Walker Brown's actions have been egregious so as to warrant the imposition of punitive damages against him in his individual capacity.

## COUNT II

13.   Plaintiff realleges the foregoing as if more fully set out herein.

14.   Plaintiff brings this action against this action against the Defendant in his official capacity.

15.   By virtue of the facts alleged herein, the Constitutional violation occurred because the City of Benton's failure to train.

16.   By virtue of the facts alleged herein, Plaintiff was charged with a crime she did not commit. Plaintiff was arrested in violation of the 4th Amendment United States Constitution and Article 22 of the Arkansas Constitution.

17.   Plaintiff was seized and arrested without probable cause. Had Officer Brown just simply viewed the video, he would have seen that a crime had been committed.

18.   Once the Prosecutor viewed the video, the charges were immediately dismissed.

19.   As a direct and proximate cause of the acts and omissions alleged herein, Plaintiff has suffered severe mental and emotional distress, as well as incurred other damages in an amount to be proven at trial.

**EXHIBIT A**

## JURY DEMAND

20. Plaintiff requests a trial by jury.

Wherefore, Plaintiff, **CAROL ELLIS**, prays for appropriate compensatory and punitive damages exceeding $250,000; for attorneys' fees and costs; for a trial by jury; and, all other proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501/315-1910  Office
501/315-1916  Facsimile
Counsel for Claimant

By:   /s/ Luther Oneal Sutter
      Luther Oneal Sutter, Esq., ARBN 95-031
      luther.sutterlaw@gmail.com

By:   /s/ Lucien R. Gillham
      Lucien R. Gillham, Esq. ARBN 99-199
      lucien.gillham@gmail.com

**EXHIBIT A**