**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CAROLE ELLIS**                                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:22-CV-00080-LPR**

**WALKER BROWN, individually and in his**
**official capacity as Officer for the City of**
**Benton, and CITY OF BENTON**                                          **DEFENDANT**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that

Judgment is entered in Defendants' favor as to all of Ms. Ellis's claims except her claim for

malicious prosecution under Arkansas's common law.  This Court declines to exercise

supplemental jurisdiction over that claim and REMANDS that claim to Arkansas state court.

IT IS SO ADJUDGED this 26th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE